FILED

MAR 17 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK BAKER,<br><br>               Plaintiff - Appellant,<br><br> v.<br><br>CITY OF EDGEWOOD; et al.,<br><br>              Defendants - Appellees. | No. 11-35113<br><br>D.C. No. 3:10-cv-05927-RJB<br>Western District of Washington,<br>Tacoma<br><br>ORDER |

Before: LEAVY, TASHIMA, and BYBEE, Circuit Judges.

     A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See* 28 U.S.C. § 1291; *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable); *see also Branson v. City of Los Angeles*, 912 F.2d 334, 336 (9th Cir. 1990) (denial of reconsideration of non-appealable order is itself not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se