1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK BAKER,

            Plaintiff,

  v.

CITY OF EDGEWOOD, et al.,,

            Defendant.

CASE NO. C10-5927RJB

ORDER DISMISSING CASE

      This matter comes before the court review of the file.

      On February 25, 2011, the court issued an order, informing plaintiff that the court would dismiss this case without prejudice, effective March 26, 2011, unless, not later than March 25, 2011, plaintiff, if he had properly served defendants, could file certificates of service, showing that defendants had been properly served in accord with Fed.R.Civ.P. 4..   Dkt. 25, at 5.

      As of this date, plaintiff has not filed certificates of service showing that the named defendants have been served in accord with Fed.R.Civ.P. 4.  The court allowed plaintiff adequate time in which to accomplish service and he has failed to do so.  In accord with the court's February 25, 2011 order, the court should dismiss this case without prejudice.

      Accordingly, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice.

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

      Dated this 29th day of March, 2011.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING CASE- 1