# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK BAKER,                                   JUDGMENT IN A CIVIL CASE

   v.

CITY OF EDGEWOOD, et al.               CASE NUMBER:  C10-5927RJB

      Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        THE COURT HAS ORDERED that this case is DISMISSED without prejudice.


    March 30, 2011                          WILLIAM M. McCOOL
                                                   Clerk


                                               /s/ Dara L. Kaleel
                                               By Dara L. Kaleel, Deputy Clerk